**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV08-01481 DOC (MLGx)                                     Date: September 30, 2008

Title: OBELIA VILLAFLOR, individually and on behalf of similarly situated individuals v. EQUIFAX INFORMATION SERVICES, LLC.

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                              Date:_____  Deputy Clerk: _____

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

           Kristee Hopkins                              Not Present
           Courtroom Clerk                              Court Reporter

     ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

           NONE PRESENT                                NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT AND CONSENT TO TRANSFER THE ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA

Based on the stipulation filed by Plaintiff Obelia Villaflor and Defendant Equifax Information Services, LLC with this Court on August 26, 2008, the Court hereby ORDERS the following:

1. Plaintiff shall file a second amended complaint by October 14, 2008.

2. After the second amended complaint has been filed, this action shall be transferred to the Northern District of California, San Francisco Division.

       The Clerk shall serve this minute order on all parties to the action.